**United States District Court**
**Middle District of Florida**
**Ocala Division**

| UNITED STATES OF AMERICA<br>v.<br>NICOLE HARDING | | CASE NO. 5:24-cr-33-TPB-PRL | |
|---|---|---|---|
| JUDGE | Philip R. Lammens<br>U.S. Magistrate Judge | COUNSEL FOR GOVERNMENT | Hannah Nowalk |
| DEPUTY CLERK | M. Taylor | COUNSEL FOR DEFENDANT | Joshua Woodard (AFD) |
| COURT REPORTER | DIGITAL (Zoom) | INTERPRETER | Not Required |
| DATE TIME | April 15, 2024<br>11:18 am - 11:20 am | TOTAL TIME | 2 minutes |

## CLERK'S MINUTES – STATUS CONFERENCE

This is the first status conference.

Estimated length of trial: 3 days.

Government advises that discovery has been provided.

Defense counsel provides a status of the case requesting a 30-day continuance due to the review of voluminous financial records.

Government notes that this is a complex case and has no objection to the continuance.

For the reasons as stated on the record, the Defendant's Oral Unopposed Motion to Continue the Trial is GRANTED. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial; and the period of delay resulting from this continuance shall be excludable.

This case shall be continued to Judge Barber's June trial term with a May status conference.